IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

KRISTOPHER BRANDON HOLCOMB                            MOVANT

v.                                           CASE NO. 3:25-CR-109-SA-RP

UNITED STATES OF AMERICA                             RESPONDENT

## ORDER

The Court has reviewed Holcomb's request under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, and finds that a response from the Government is appropriate. It is ORDERED that within 60 days of the date of this Order, the Government shall file a response to Holcomb's motion. Holcomb's reply deadline is 14 days following service upon him of the Government's response.

SO ORDERED, this the 4th day of August, 2026

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE